The Citizens' Security and Land Company of Baltimore City *vs.* James A. Wilson.

1861, *ch. 33—When Exceptions to Auditor's Account below must appear in the Record on appeal.*

By the Act of 1861, ch. 33, it is provided, that on appeal from a Court of Equity, no objection shall be made in this Court to any account stated and reported below in the cause, unless by the record it appears, that such objection has been made by exceptions filed in the Court, from which such appeal has been taken.

Appeal from the Circuit Court of Baltimore City.

The cause was argued before Bartol, C. J., Bowie, Brent, Miller and Alvey, J.

*William M. Busey* and *Samuel Snowden,* for the appellant.

*Richard Hamilton,* for the appellee.

No exceptions having been filed to the auditor's account in this cause by the appellant, the case cannot be considered by this Court. 1861, ch. 33, sec. 2.

Miller, J., delivered the opinion of the Court.

The appeal in this case is from an order finally ratifying an auditor's account stating the amount due under a mortgage to the appellant. The record does not show that any exceptions to the ratification of this account were filed in the Court below. By the Act of 1861, ch. 33, it is provided, among other things, that on an appeal from a Court of Equity, no objection to *any account* stated and reported in said cause shall be made in the Court of

Appeals, *unless* it shall appear by the record that such objection has been made by exceptions filed in the Court from which such appeal has been taken. The consequence is, that the order appealed from must be affirmed and the cause remanded.

> *Order affirmed and*
> *cause remanded.*

(Decided 4th December, 1878.)